IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Bid Protest

| | |
|---|---|
| TRADE WEST CONSTRUCTION, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES ) <br> ) <br> Defendant. ) <br> ) | Case No. __25-1475 C__ <br><br> Judge _____ |

## NOTICE OF DIRECTLY RELATED CASE

Pursuant to Rule 40.2 of the Rules of the Court of Federal Claims, Plaintiff Trade West Construction, Inc. ("Trade West") files this notice of related cases. While this case concerns a different procurement, it is related to bid protests of unrelated procurements filed in this Court and consolidated under *EVCON-CWC, LLC v. United States*, Case No. 25-1101 before Judge Holte. The legal issues raised in this protest and aforementioned protests are similar, all challenging the use of project labor agreements on federal construction projects in excess of $35,000,000.

Dated: September 4, 2025

Respectfully submitted,

SMITH CURRIE OLES LLP

_____
Jacob W. Scott
Allison G. Geewax
Mark Emilio S. Abrajano
1921 Gallows Road, Suite 850
Tysons, VA 22182
Telephone: (703) 506-1990
Facsimile: (703) 506-1140
Email: jwscott@smithcurrie.com
Email: aggeewax@smithcurrie.com
Email: msabrajano@smithcurrie.com

*Counsel for Trade West Construction, Inc.*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2025, a copy of the foregoing Notice of Directly Related Cases was served upon all parties via the Court's electronic case filing system.

_____
Jacob W. Scott