# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

|  |  |
|---|---|
| TRADE WEST CONSTRUCTION, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 25-1475C |
|  | ) (Judge Holte) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## DEFENDANT'S UNOPPOSED MOTION TO CONSOLIDATE AND STAY

Pursuant to Rules 7(b), 42(a)(2) and 42.1(a) of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests that the Court enter an order consolidating this case with *EVCON-CWC JV, LLC v. United States*, No. 25-1101. Counsel for plaintiff in this case and counsel for plaintiffs in the consolidated *EVCON* action have indicated that no plaintiff opposes this motion.

On June 30, 2025, EVCON-CWC JV, LLC (EVCON) filed a complaint in *EVCON-CWC JV, LLC v. United States*, No. 25-1101, protesting the terms of Solicitation No. N4008025R9500. EVCON's complaint alleges, among other things, that the Government violated the Competition in Contracting Act (CICA) by including a project labor agreement (PLA) requirement in Solicitation No. N4008025R9500. On August 27, 2025, the Court issued an order consolidating eight other protests of PLA requirements in various solicitations with *EVCON*. The Court also stayed the consolidated *EVCON* action pending the outcome of another related case, *Brasfield & Gorrie, LLC v. United States*, No. 25-1140.

On September 4, 2025, Trade West Construction, Inc. (Trade West) filed the complaint in this case alleging, among other things, that the Government violated CICA by including a PLA requirement in Solicitation No. W912DW25B0009.

Under RCFC 42(a)(2), the Court may consolidate cases when they involve a common question of law or fact. Despite involving different solicitations, this case and *EVCON* involve common questions of law, namely, whether the Government violated CICA when it incorporated PLA requirements in the solicitations at issue in each respective case.

Also, once this case is consolidated with the stayed cases in *EVCON*, we respectfully request that the Court stay this case as well. During the pendency of the stay, the procuring agency, the United States Army Corps of Engineers (USACE), agrees that it will voluntarily stay bid opening under the solicitation at issue in this case, No. W912DW25B0009, until the Court resolves *Brasfield* and the parties file a joint status report addressing further proceedings in this case, or until this case is dismissed, whichever is earlier.

For these reasons, we respectfully request that the Court consolidate this case with *EVCON* and stay this case along with the other cases consolidated in the *EVCON* action.

<div style="display: flex;">

Of Counsel:

MATTHEW D. LEWIS
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice

TARRAH M. BEAVIN
Assistant Division Counsel
South Atlantic Division
USACE

</div>

Respectfully Submitted

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Acting Deputy Director

s/ William P. Rayel
WILLIAM P. RAYEL
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
PO Box 480
Ben Franklin Station
Washington, DC 20044
Tele: (202) 616-0302
Fax: (202) 307-0972
E-mail: William.Rayel@usdoj.gov

Attorneys for Defendant

Dated: September 9, 2025