# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## Bid Protest

| | |
|---|---|
| TRADE WEST CONSTRUCTION, INC. | |
| Plaintiff, | Case No. 25-1475C |
| v. | |
| THE UNITED STATES | Judge Ryan Holte |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims, Plaintiff, Trade West Construction, Inc., through its undersigned counsel, hereby submits this Notice of Voluntary Dismissal Without Prejudice.

Dated: December 19, 2025.

Respectfully submitted,

**SMITH CURRIE OLES LLP**

Jacob W. Scott
Allison G. Geewax
Mark Emilio S. Abrajano
1921 Gallows Road, Suite 850
Tysons, VA 22182
Telephone: (703) 506-1990
Facsimile: (703) 506-1140
Email: jwscott@smithcurrie.com
Email: aggeewax@smithcurrie.com
Email: msabrajano@smithcurrie.com
*Counsel for Trade West Construction, Inc.*

1

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on December 19, 2025, a copy of the notice was served upon all parties via the Court's electronic case filing system.

_____
Jacob W. Scott